IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:03CV152

| | |
|---|---|
| ANNA V. SCHILLING, )<br>)<br>    Plaintiff-Judgment Debtor, )<br>)<br>    Vs. )<br>)<br>RUTHERFORD PEDIATRICS, P.A., a )<br>North Carolina Professional )<br>Association, )<br>)<br>    Defendant-Judgment )<br>    Creditor. )<br>) | <u>ORDER FOR FINAL EXECUTION<br>AND PRECLUSION OF EXEMPT<br>PROPERTY</u> |

**THIS MATTER** is before the Court on the Judgment Creditor's motion for an order of final execution and to preclude exempt property rights.

The Judgment Debtor was served with a copy of the Judgment together with a copy of the Notice of Right to Have Exemptions Designated and Schedule of Debtors Property and Request to Set Aside Exempt Property. The Judgment Debtor has failed to file a Schedule of Debtors Property and Request to Set Aside Exempt Property and has failed to respond within the time allowed. The Court, therefore, finds that the Judgment Debtor has had a reasonable opportunity to assert the exemptions provided by law and that the Judgment Debtor's failure to respond should be considered a waiver of any right to have property set aside as exempt from the execution of the Judgment in this case.

**IT IS, THEREFORE, ORDERED** that the Judgment Debtor is precluded from having any of her property set aside as exempt from Judgment in this case.

**IT IS FURTHER ORDERED** that a final execution be issued by the Clerk of Court for the collection of the Judgment in this case.

**Signed: July 22, 2005**

Lacy H. Thornburg
United States District Judge